CERTIFIED COPY

## CAUSE NO. C-2005-12-6163-G

| | | |
|---|---|---|
| JUAN J. MANCILLAS, M.D. AND<br>SYLVIA MANCILLAS, INDIVIDUALLY,<br>AND AS NEXT FRIENDS OF CARLO<br>LANDA MANCILLAS, AND OMAR<br>LANDA MANCILLAS<br>    Plaintiffs<br><br>VS.<br><br>NATIONAL HERITAGE FOUNDATION, INC.<br>    Defendant | § § § § § § § § § § § § | IN THE DISTRICT COURT<br><br><br><br><br><br><br>404TH JUDICIAL DISTRICT<br><br><br>CAMERON COUNTY, TEXAS |

### FINAL JUDGMENT

On August 25, 2008, this case was called for trial. Plaintiffs Juan J. Mancillas, M.D., Sylvia Mancillas, Individually, and as Next Friends of Carlo Landa Mancillas, and Omar Landa Mancillas, appeared in person and through their attorneys and announced ready for trial. Defendant National Heritage Foundation, Inc. appeared through its representative and through its attorneys and announced ready for trial.

After a jury was impaneled and sworn, it heard the evidence and arguments of counsel. In response to the jury charge, the jury made findings that the court received, filed, and entered of record. The questions submitted to the jury and the jury's findings are attached as Exhibit A hereto and incorporated by reference. Plaintiff filed a motion for judgment on the verdict.

The Court hereby RENDERS judgment for Plaintiffs Juan J. Mancillas, M.D., Sylvia Mancillas, Individually, and as Next Friends of Carlo Landa Mancillas, and Omar Landa Mancillas.

1.  Therefore, the Court orders that Plaintiff Juan J. Mancillas, M.D. recover damages from Defendant National Heritage Foundation, Inc. in the amount of $2,100,000.00, that no pre-judgment interest accrue on such damages

1

CERTIFIED COPY

because these are future damages, post-judgment interest on that total sum at the annual rate of 5% from the date this judgment is rendered until the date this judgment is satisfied and court costs. Pursuant to Section 33.012(b) of the Texas Civil Practice & Remedies Code, the aggregate of the amounts set forth in this paragraph shall be reduced by $328,333.33, which is the sum of the dollar amounts of all settlements for Plaintiff Juan J. Mancillas, M.D.

2. The Court further orders that Plaintiff Sylvia Mancillas recover damages from Defendant National Heritage Foundation, Inc. in the amount of $2,025,500.00, that no pre-judgment interest accrue on such damages because these are future damages, post-judgment interest on that total sum at the annual rate of 5% from the date this judgment is rendered until the date this judgment is satisfied and court costs. Pursuant to Section 33.012(b) of the Texas Civil Practice & Remedies Code, the aggregate of the amounts set forth in this paragraph shall be reduced by $328,333.33, which is the sum of the dollar amounts of all settlements for Plaintiff Sylvia Mancillas.

3. The Court further orders that Plaintiffs Omar Landa Mancillas, and Juan J. Mancillas, M.D. and Sylvia Mancillas, as Next Friends of Carlo Landa Mancillas, recover damages from Defendant National Heritage Foundation, Inc. in the amount of $2,877,489.00, that no pre-judgment interest accrue on such damages because these are future damages, post-judgment interest on that total sum at the annual rate of 5% from the date this judgment is rendered until the date this judgment is satisfied and court costs. Pursuant

## CERTIFIED COPY

to Section 33.012(b) of the Texas Civil Practice & Remedies Code, the aggregate of the amounts set forth in this paragraph for Plaintiffs Juan J. Mancillas, M.D. and Sylvia Mancillas, as Next Friends of Carlo Landa Mancillas, shall be reduced by $333,333.34, which is the sum of the dollar amounts of all settlements for Plaintiffs Juan J. Mancillas, M.D. and Sylvia Mancillas, as Next Friends of Carlo Landa Mancillas. Furthermore, pursuant to Section 33.012(b) of the Texas Civil Practice & Remedies Code, the aggregate of the amounts set forth in this paragraph for Plaintiff Omar Landa Mancillas shall be reduced by $10,000.00, which is the sum of the dollar amounts of all settlements for Plaintiff Omar Landa Mancillas.

4. The Court further orders that Plaintiffs Juan J. Mancillas, M.D. and Sylvia Mancillas recover damages from Defendant National Heritage Foundation, Inc. in the amount of $118,744.39, along with pre-judgment interest at the annual rate of 5% [which translates to a per diem amount of $16.27] from the date the lawsuit was filed to the day before this judgment is rendered, post-judgment interest on that total sum at the annual rate of 5% from the date this judgment is rendered until the date this judgment is satisfied, and court costs.

5. The amount of prejudgment interest is not reduced because Defendant National Heritage Foundation, Inc. did not make a written settlement offer that complied with Section 34.106 of the Texas Finance Code.

6. The fees and expenses of the guardian ad litem shall be taxed against Defendant National Heritage Foundation, Inc. as costs, including $1,968.00 for the costs of trial transcripts.

CERTIFIED COPY

This judgment is final, disposes of all claims and all parties, and is appealable.

The Court orders execution to issue for this judgment.

SINGED on the ____ day of __October__, 2008.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

_____
Mr. Alberto T. Garcia III
GARCIA & MARTINEZ, L.L.P.
Counsel for Plaintiffs

FILED _10:35_ O'CLOCK __A__ M
AURORA DE LA GARZA, CLERK

OCT 09 2008

DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

Cesar Rodriguez

_____
Ms. Adriana Cardenas
ATLAS & HALL, L.L.P.
Counsel for Defendant National Heritage Foundation, Inc.

A TRUE COPY I CERTIFY
AURORA DE LA GARZA CLERK
DISTRICT COURT CAMERON COUNTY, TEXAS

OCT 09 2008

BY _____
       DEPUTY

Cesar Rodriguez

4