Erika L. Morabito (VSB #44369)
emorabito@foley.com
Foley & Lardner LLP
3000 K Street NW, Suite 600
Washington, DC 20007
Telephone:    (202) 672-5300
Facsimile:    (202) 672-5399

*Counsel for the Reorganized Debtor
National Heritage Foundation*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| National Heritage Foundation, Inc., | § | Case No. 09-10525 (BFK) |
| | § | |
| | § | Chapter 11 |
| Reorganized Debtor | § | |

**MOTION FOR ENTRY OF JUDGMENT WITH RESPECT TO CONTEMPT FINES**

National Heritage Foundation, Inc., the Reorganized Debtor ("NHF"), by its undersigned counsel, pursuant to Fed. R. Bankr. P. 9013 and Local Bankruptcy Rule 9013-1(A), files this motion for entry of judgment with respect to the fines ordered in paragraphs 3(a) and 3(b) on page 39 of the Opinion and Order Adjudging John and Nancy Behrmann; Jonathan D. Miller; Nye, Peabody, Stirling, Hale & Miller, LLP; Daniel J. Schendzielos; and Schendzielos & Associates, LLC, to be in Contempt of Court (Dkt. No. 1187) (the "Contempt Order"), and in support thereof states as follows:

**I.    BACKGROUND**

In the Contempt Order, the Court ordered John and Nancy Behrmann, Jonathan D. Miller, Nye, Peabody, Stirling, Hale & Miller, LLP, Daniel J. Schendzielos and Schendzielos & Associates, LLC (the "Respondents") to "dismiss with prejudice the California federal action as

4828-5076-1494.

against the Debtor, National Heritage Foundation, Inc.", and also to "move to amend their Amended Complaint in the California action to dismiss with prejudice all Exculpated claims as against the Debtor's Officers and Directors (the Houks and Jan Ridgley)." Contempt Order p. 39. The Court ordered the Respondents to take these actions "within ten (10) days of entry of this Order." *Id.* If they failed to do so, daily fines would be imposed until they complied, in the amount of $500 per day with respect to the dismissal of the claims against the Debtor, plus an additional $500 per day with respect to the dismissal of the Exculpated claims. *Id.* The fines are to be assessed jointly and severally against all of the Respondents, and are to be payable to NHF. *Id.*

The Respondents then filed a motion in which they stated that they wished to comply with the order to dismiss the claims in California, but needed more time to do so. Emergency Motion for Entry of Order Clarifying/Amending Court's June 21, 2013 Order Concerning Contempt at pp. 5-6 (Dkt No. 1190). The Court agreed to give them an additional 30 days, extending the deadline to July 31, 2013. Order Granting Motion to Amend in Part (Dkt. No. 1199); *see also* July 1, 2013 Hearing Tr. at 31:17-19 (Dkt. No. 1254).

Despite their representation that they needed the extension in order to comply with the Contempt Order, the Respondents made no effort to do so. Instead, they filed a motion seeking a stay of the Contempt Order pending appeal. Motion for Stay Pending Appeal and Request for Setting of *Supersedeas* Bond (Dkt. No. 1211). The Court declined to stay the requirement that they dismiss the claims in California by July 31, or the imposition of fines should they fail to do so. Order: (A) Denying Debtor's Motion for Order to Show Cause Why Respondents Should Not be Held in Contempt; (B) Denying Motions for Stay Pending Appeal; and (C) Setting Supersedeas Bond on Money Judgment Portion of Contempt Order (Dkt. No. 1241).

The California claims were not dismissed until September 20, 2013. This dismissal date is confirmed in the notice that the Respondents filed in this Court to inform the Court that the claims had—finally—been dismissed. *See* Notice of Dismissal of Claims Asserted in the United States District Court for the Central District of California (Dkt. No. 1277), attached hereto as **Exhibit A.**

## II.    ACCRUED FINES

Pursuant to the Contempt Order, as amended by the Order Granting Motion to Amend in Part (Dkt. No. 1199), fines totaling $1,000 per day accrued from August 1, 2013 through September 20, 2013. That is a period of fifty-one days, which means the fines total $51,000.

Because the Contempt Order provides that the fines are payable to NHF, they must be reduced to judgment. Accordingly, judgment should be entered in favor of NHF and against the Respondents, jointly and severally, in the amount of $51,000.

## III.    CONCLUSION

For the foregoing reasons, NHF respectfully requests that the Court enter judgment in favor of NHF and against the Respondents, jointly and severally, in the amount of $51,000.

Dated: November 29, 2013                                                 Respectfully submitted,

*/s/ Erika L. Morabito*
Erika L. Morabito (Va. Bar No. 44369)
Foley & Lardner LLP
3000 K Street NW, Suite 600
Washington, DC 20007
Telephone:     (202) 672-5300
Facsimile:       (202) 672-5399
Email:             emorabito@foley.com

***Counsel for Reorganized Debtor National Heritage Foundation***

4828-5076-1494.                                                                          3

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November 2013, a true and correct copy of the foregoing was filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Alexandria Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter. I have also served copies of the foregoing via e-mail on the following:

> Gregory M. Wade, Esq.
> Wade, Friedman, Sutter & Dupray, P.C.
> 616 North Washington Street
> Alexandria, VA 22314
> wade@oldtownlawyers.com
>
> Glenn W. Merrick, Esq.
> G.W. MERRICK & ASSOCIATES, LLC
> 6300 South Syracuse Way, Suite 220
> Centennial, CO 80111
> gwm@gwmerrick.com
>
> Jonathan D. Miller, Esq.
> Nye, Peabody, Stirling, Hale & Miller, LLP
> 33 Mission Street, Suite 201
> Santa Barbara, CA 93101
> jonathan@nps-law.com
>
> Daniel J. Schendzielos, Esq.
> Schendzielos & Associates, LLC
> 8574 East Arapahoe Road, Suite J-534
> Greenwood Village, CO 80112
> denverdaniel@gmail.com
>
> Leila P. Winget-Hernandez, Esq.
> Winget-Hernandez, P.C.
> 5570 Richmond Road, Suite 201
> Troy, VA 22974
> lelia@winget-hernandez.com

Joseph A. Guzinski, Esq.
Office of the United States Trustee
115 South Union Street, Room 210
Alexandria, VA 22314
Joseph.a.guzinski@usdoj.gov

/s/ *Erika L. Morabito*
Erika L. Morabito

4828-5076-1494.                                    5