# Exhibit A

Gregory M. Wade (Va. Bar No. 16116)
Wade, Friedman & Sutter, P.C.
616 N. Washington St.
Alexandria, VA 22314
Telephone:   (703) 836-9030
Facsimile:    (703) 683-1543

Glenn W. Merrick (Colo. Bar No. 10042)
G.W. MERRICK & ASSOCIATES, LLC
5445 DTC Parkway, Suite 912
Greenwood Village, Colorado  80111
Telephone: (303) 831-9400
Facsimile:   (303) 771-5803

*Counsel for John R. Behrmann*
*and Nancy Behrmann*

UNITED STATES BANKRPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NATIONAL HERITAGE | § | Case No. 09-10525-BFK |
| FOUNDATION, INC., | § | |
| | § | Chapter 11 |
| Debtor. | § | |
| | § | |

**NOTICE OF DISMISSAL OF CLAIMS ASSERTED IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

John Behrmann and Nancy Behrmann, through their undersigned counsel, respectfully advise that on September 20, 2013, the claims asserted against National Heritage Foundation, Inc. and its directors and officers in Case No. 12-cv-05636-DMG-CW, United States District Court for the Central District of California, were dismissed with prejudice.  A true and correct copy of the Order entered by that Court on September 20, 2013 is filed herewith as **Exhibit A.**

Dated: October 4, 2013

Respectfully Submitted,

/s/  Gregory M. Wade
Gregory M. Wade, Esq. VSB #16116
Wade, Friedman & Sutter, P.C.
616 N. Washington St.
Alexandria, VA 22314
Telephone:  (703) 836-9030
Facsimile:   (703) 683-1543
E-mail:       wade@oldtownlawyers.com

Glenn W. Merrick
G.W. MERRICK & ASSOCIATES, LLC
5445 DTC Parkway, Suite 912
Greenwood Village, Colorado  80111
Telephone: (303) 831-9400
Facsimile:   (303) 771-5803
E-mail:       gwm@gwmerrick.com

ATTORNEYS FOR JOHN R.
BEHRMANN AND NANCY BEHRMANN

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2013, a true and correct copy of the foregoing NOTICE OF DISMISSAL OF CLAIMS ASSERTED IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA was filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Alexandria Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in the matter. I have also served copies of the foregoing via e-mail to the following persons listed below:

Erika L. Morabito, Esq.
FOLEY & LARDNER, LLP
3000 K Street, NW – 6th Floor
Washington, D.C. 20007
emorabito@foley.com

Joseph A. Guzinski
Office of the United States Trustee, Region 4
115 South Union Street, Suite 210
Alexandria, Virginia 22314
joseph.a.guzinski@usdoj.gov

/s/ Gregory M. Wade
Gregory M. Wade

3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 12-5636 DMG (CWx)** | Date | September 20, 2013 |
| Title | *John R Behrmann, et al. v. John T. Houk, II, et al.* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Isabel Martinez for V.R. Vallery | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Jonathan D. Miller | Shannon Mader |
| | Joel Richlin |
| | Gordon Davenport (telephonic appearance) |

**Proceedings: PLAINTIFFS' MOTION FOR TEMPORARY RELIEF FROM STAY TO FILE NOTICES OF DISMISSAL [Doc. # 105]**

On September 20, 2013, the Court held a hearing on the motion by Plaintiffs John R. Behrmann and Nancy P. Behrmann ("Plaintiffs") for temporary relief from stay to file notices of dismissal of Defendant NHF and the exculpated claims against Defendants John T. Houk, II, Marian M. Houk, Julie L. Houk, John T. Houk, III, and Janet H. Ridgely ("the Houk Defendants"). [Doc. # 105.]

Plaintiffs, Defendant NHF, and the Houk Defendants stipulated on the record to dismiss with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii): (1) Defendant NHF; and (2) the so-called "exculpated claims" against the Houk Defendants, that is, all claims arising during the exculpation period, which began on January 24, 2009 and ended on October 16, 2009.

Defendant NHF and the Houk Defendants clarified on the record their position that if the bankruptcy court's order that Plaintiffs dismiss NHF and the exculpated claims against the Houk Defendants is reversed, Plaintiffs are entitled to reinstate their claims against NHF and the exculpated claims against the Houk Defendants.

The remaining claims are stayed until final resolution of appeals pending in the bankruptcy court case. Within ten days after the final resolution of any pending appeals, the parties shall file a Joint Status Report regarding the outcome of the appeals and a proposal regarding how this action should proceed.

:<u>12</u>

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk <u>im</u> |