UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| IN RE: | § | |
| | § | |
| National Heritage Foundation, Inc., | § | Case No. 09-10525 (BFK) |
| | § | |
| | § | Chapter 11 |
| Reorganized Debtor. | § | |

**CONSENT ORDER DIRECTING DISBURSEMENT OF FUNDS IN COURT REGISTRY**

UPON CONSIDERATION of the Motion ("Motion") filed by National Heritage

Foundation, Inc. with respect to the disposition of funds held in the Registry of the Court, and it

appearing to the Court that the Respondents John and Nancy Behrmann, Jonathan D. Miller, Nye,

Peabody, Stirling, Hale & Miller, LLP, Daniel J. Schendzielos, and Schendzielos & Associates,

LLC, do not object to the Motion or the relief sought therein; it is hereby

**ORDERED** that the Clerk of the Court shall disburse the amount of $18,030.66, to:

> National Heritage Foundation
> 6201 Leesburg Pike, Suite 405
> Falls Church, VA  22044-2201;

and shall disburse the remaining balance of  $6,969.34 to:

> John and Nancy Behrmann
> Behrwood Capital, LLC
> 105 Leader Heights Road, Suite 140
> York, Pennsylvania 17403.

Sep 14 2015

DATE:  September _, 2015

/s/ Brian F. Kenney
_____
Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: September 15, 2015

PREPARED BY:


*/s/Erika L. Morabito*
Erika L. Morabito (VSB No. 44369)
Foley & Lardner LLP
3000 K Street NW, Suite 600
Washington, DC 20007
Telephone:      (202) 672-5300
Facsimile:      (202) 672-5399
Email:          emorabito@foley.com

*Counsel for Reorganized Debtor National*
*  Heritage Foundation, Inc.*

SEEN AND AGREED:

By:     */s/Lelia P. Winget-Hernandez*
        Lelia P. Winget-Hernandez


WINGET-HERNANDEZ, P.C.
5570 Richmond Road, Suite 201
Troy, VA  22974
Telephone:      (434) 589-2958
Facsimile:      (804) 265-1447
Email:          lelia@winget-hernandez.com

*Counsel for John R. and Nancy*
*Behrmann, Nye, Peabody, Stirling, Hale &*
*Miller, LLP, and Schendzielos & Associates, LLC*

SEEN AND AGREED:


By:     */s/ Daniel J. Schendzielos*
        Daniel J. Schendzielos

Daniel J. Schendzielos, Esq.
Schendzielos & Associates, LLC
8574 East Arapahoe Road, Suite J-534
Greenwood Village, CO  80112
Telephone:      (303) 773-6000
Facsimile:      (303) 957-2382
Email:          denverdaniel@gmail.com

SEEN AND AGREED:


By:    */s/ Jonathan D. Miller*
         Jonathan D. Miller

Jonathan D. Miller, Esq.
Nye, Peabody, Stirling, Hale & Miller, LLP
33 West Mission Street, Suite 201
Santa Barbara, CA  93101
Telephone:     (805) 963-2345
Facsimile:     (805) 563-5385
Email:         jonathan@nps-law.com

cc:      Financial Administrator




CERTIFICATION PURSUANT TO LOCAL RULE 9022-1:  ENDORSEMENT

I HEREBY CERTIFY that all necessary parties have endorsed the above-referenced Order.


         */s/Erika L. Morabito*

Erika L. Morabito

<u>LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY</u>

<u>PURSUANT TO LOCAL RULE 9022-1</u>

Erika L. Morabito (VSB No. 44369)
Foley & Lardner LLP
3000 K Street NW, Suite 600
Washington, DC 20007
Telephone:     (202) 672-5300
Facsimile:     (202) 672-5399
Email:          emorabito@foley.com


Leila P. Winget-Hernandez
WINGET-HERNANDEZ, P.C.
5570 Richmond Road, Suite 201
Troy, VA  22974
Telephone:     (434) 589-2958
Facsimile:     (804) 265-1447
Email:          lelia@winget-hernandez.com


Daniel J. Schendzielos, Esq.
Schendzielos & Associates, LLC
8574 East Arapahoe Road, Suite J-534
Greenwood Village, CO  80112
Telephone:     (303) 773-6000
Facsimile:     (303) 957-2382
Email:          denverdaniel@gmail.com


Jonathan D. Miller, Esq.
Nye, Peabody, Stirling, Hale & Miller, LLP
33 West Mission Street, Suite 201
Santa Barbara, CA  93101
Telephone:     (805) 963-2345
Facsimile:     (805) 563-5385
Email:          jonathan@nps-law.com