Erika L. Morabito (VSB #44369)
emorabito@foley.com
Brittany J. Nelson (VSB #81734)
bnelson@foley.com
**FOLEY & LARDNER LLP**
3000 K Street, NW, Suite 600
Washington, DC  20007-5109
Telephone:  (202) 672-5300
Facsimile:  (202) 672-5399

*Counsel for the Reorganized Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| National Heritage Foundation, Inc., | ) Case No. 09-10525 (SSM) |
| | ) |
| REORGANIZED DEBTOR. | ) Chapter 11 |
| | ) |

Final Declaration CLOSING CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 350(A) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE **3022**

Upon the motion (the "<u>Motion</u>")[1] of National Heritage Foundation, Inc. (the "<u>Reorganized Debtor</u>"), for entry of an order closing the above-captioned case (the "<u>Case</u>")  and granting related relief (the "<u>Final Decree</u>"), all as more fully set forth in the Motion; and it appearing that the relief requested is in the best interests of the Reorganized Debtor's estate, its creditors and other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

the Motion having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED:

1. The Motion is granted.

2. The Case is hereby closed.

3. Entry of this Final Decree is without prejudice to the rights of the Reorganized Debtor or any other party in interest to seek to reopen the cases for good cause shown in accordance with section 350(b) of the Bankruptcy Code.

4. The Bankruptcy Court will retain jurisdiction to enforce or interpret its own orders pertaining to the Case.  Furthermore, the Bankruptcy Court will retain jurisdiction over any matter pending in the Case.

5. The Reorganized Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion.

Dated:  Aug 9 2018
        Alexandria, Virginia

/s/ Brian F. Kenney
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: August 9, 2018

/s/ Erika Morabito
Erika L. Morabito (VSB #44369)
Brittany J. Nelson (VSB #81734)
FOLEY & LARDNER LLP
3000 K Street, NW, Suite 600
Washington, DC  20007-5109
Telephone:  (202) 672-5300
Facsimile:  (202) 672-5399
Email: emorabito@foley.com
       bnelson@foley.com

WE ASK FOR THIS:

*Counsel to Reorganized Debtor*

SEEN AND NOT OBJECTED TO:

 /s/ Joseph A. Guzinski
Joseph Guzinski
Office of the United States Trustee
US DEPARTMENT OF JUSTICE
115 South Union Street, Room 210
Alexandria, VA  22314

**CERTIFICATION OF ENDORSEMENT**
**UNDER LOCAL BANKRUPTCY RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

　　　　　　　　　　　　　　　　　　/s/ Erika Morabito